```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 02375
    CHERYL NEWMAN
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

        Debtor
    SSN XXX-XX-0005


------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 03/11/06 and confirmed on 06/23/06.

     2.  The case was converted to Chapter 7 after confirmation, 10/04/2007.

     3.  The Debtor paid a total of $   9999.92 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME                CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
NATIONAL CAPITAL MANAGEM    UNSECURED         398.42         .00         208.47
BP AMOCO                    UNSECURED      NOT FILED         .00            .00
CAPITAL ONE BANK            UNSECURED        2028.82         .00        1061.62
CITI CARD                   UNSECURED      NOT FILED         .00            .00
CERTIFIED SERVICES INC      UNSECURED         591.79         .00         309.68
B LINE LLC                  UNSECURED        2997.38         .00        1568.46
FIRST PREMIER BANK          UNSECURED      NOT FILED         .00            .00
GURNEE RADIOLOGY CENTER     UNSECURED      NOT FILED         .00            .00
JJ MARSHALL                 UNSECURED         847.41         .00         443.42
CREDIT LINE RECOVERY        UNSECURED        2130.37         .00        1114.76
MEDICREDIT CORP             UNSECURED      NOT FILED         .00            .00
MIDLAND CREDIT MGMT         UNSECURED      NOT FILED         .00            .00
NATIONAL CITY BANK          UNSECURED      NOT FILED         .00            .00
PORTFOLIO RECOVERY ASSOC    UNSECURED        2319.37         .00        1213.67
STREAMLINE CAPITAL PARTN    UNSECURED        1453.30         .00         760.49
AFNI/VERIZON                UNSECURED          64.19         .00          33.58
VITAL RECOVERY SERVICES     UNSECURED      NOT FILED         .00            .00
ROUNDUP FUNDING LLC         UNSECURED        5582.59         .00            .00
        Summary of disbursements:

                      SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00         .00     18413.64          .00     18413.64
PRINCIPAL PAID           .00         .00      6714.15          .00      6714.15
INTEREST PAID            .00         .00          .00          .00          .00
TOTAL PAID               .00         .00      6714.15          .00      6714.15
The Debtor's attorney, KENNETH S BORCIA & ASSOC        , was allowed $   3000.00
and was paid $    111.00  direct and $   2889.00  through the plan.

The Trustee received $     396.77 .
```

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/14/08                        /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE